# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **GLOBAL ORDER DISMISSING CITATIONS AND QUASHING WARRANTS** |
| Plaintiff, | |
| vs. | **VIOLATION NOS. AND LOCATION CODES:** |
| **JORDAN E. HARMSEN,** | **PO-18-5116-GF-JTJ**<br>**6562842 – M13** |
| **JARED A. HELLAND,** | **PO-18-5117-GF-JTJ**<br>**6564833 – M13** |
| **MIN C. JU,** | **PO-18-5118-GF-JTJ**<br>**6564002 – M13** |
| **MICHELLE L. LONECHILD,** | **PO-18-5123-GF-JTJ**<br>**6027788 – M13** |
| **DYLAN H. MANGUM,** | **PO-18-5125-GF-JTJ**<br>**6564102 – M13** |
| **ROBERT W. SHANER,** | **PO-18-5139-GF-JTJ**<br>**6027796, 6027798 – M13** |
| **TOMMY SILVA, JR.,** | **PO-18-5140-GF-JTJ**<br>**6564828 – M13** |
| **SHARON K. SILVAS,** | **PO-18-5141-GF-JTJ**<br>**6027209 – M13** |
| **CHRISTOPHER L. SIPFLE,** | **PO-18-5142-GF-JTJ**<br>**6563354 – M13** |
| **HANNAH M. THOMAS,** | **PO-18-5148-GF-JTJ**<br>**6562873 – M13** |
| **JOHN M. THOMAS,** | **PO-18-5149-GF-JTJ**<br>**6027214 – M13** |

| | |
|---|---|
| **REGINALD E. TRIMINGHAM,** | PO-18-5150-GF-JTJ<br>6563500 – M13 |
| **ALBERTO F. URIBE,** | PO-18-5151-GF-JTJ<br>6027738 – M13 |
| **JEFFREY D. FLETCHER,** | PO-18-5160-GF-JTJ<br>6026807 – M13 |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this 27th day of January, 2022.

_____
John Johnston
United States Magistrate Judge